OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401603 MAY. 22. 2015

$ 000.26⁵

5/20/2015
**RODRIGUEZ, JUAN DAMAS** Tr. Ct. No. 10-03-15982-A        **WR-81,751-01**
This is to advise that the Court has denied without written order motion for leave to
file the original application for writ of mandamus.

Abel Acosta, Clerk

JUAN DAMAS RODRIGUEZ
1704415